*Monday, August 3, 1998*

## MOTION DOCKET

**96-2350. Smith v. Granville Twp. Bd. of Trustees.**

Licking App. No. 96CA98. This cause came on for further consideration upon appellees' motion for stay pending appeal to the Supreme Court of the United States. Upon consideration thereof,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

**98-834. State ex rel. McIntosh v. Osnaburg Local School Dist. Bd. of Edn.**

Stark App. Nos. 97C50, 97CA56 and 97CA60. This cause is pending as an appeal from the Court of Appeals for Stark County. It appearing to the court that the record in this case was filed on July 23, 1998, but the receipt of the record inadvertently was not docketed until August 3, 1998,

IT IS ORDERED by the court, *sua sponte*, that appellants' brief(s) shall be due on or before September 14, 1998, and the parties shall otherwise proceed in accordance with the Rules of Practice.

*Wednesday, August 5, 1998*

## MOTION DOCKET

**96-2624. Hamilton v. Ohio Sav. Bank.**

Cuyahoga App. No. 69757. On motion to recover costs. Motion granted only for the filing fee of $40.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent and would grant the motion in full.

JOSEPH J. VUKOVICH, J., of the Seventh Appellant District, sitting for F.E. SWEENEY, J.